# UNITED STATES DISTRICT COURT
## for the

### Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LAQUAN JAMIL ABDUL-RAHIM | ) |
| | ) Case No: CR-08-00191-001 MHP |
| | ) USM No: 37886-048 |
| Date of Original Judgment:          04/27/2009 | ) |
| Date of Previous Amended Judgment: | ) Joseph O'Sullivan |
| (Use Date of Last Amended Judgment if Any) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     124 months total     months **is reduced to**   120 months total     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     04/27/2009     shall remain in effect.

**IT IS SO ORDERED.**

Order Date:     3/6/11

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Marilyn Hall Patel, U.S. District Court Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

LAQUAN JAMIL ABDUL-RAHIM

DEFENDANT: _____

CASE NUMBER:   CR-08-00191-001 MHP

DISTRICT:        Northern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: __21__ | Amended Total Offense Level: __19__ |
| Criminal History Category: __IV__ | Criminal History Category: __IV__ |
| Previous Guideline Range: __120__ to __131__ months | Amended Guideline Range: __120__ to __120__ months |

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

60 months on each of the Counts Four and Five, for a total of 120 months.

120 months is the combined mandatory minimum as Count Five requires a consecutive sentence to Count Four.